UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| ALEN DURMIC and DAMIR DURMIC, | |
|---|---|
| Plaintiffs, | CIVIL ACTION FILE |
| vs. | NO. 1:18-cv-2710-AT |
| STATE FARM INSURANCE CO., | |
| Defendant. | |

## J U D G M E N T

This action having come before the Court, the Honorable Amy Totenberg, United States District Judge, for consideration of the defendant's motion to dismiss for improper service, and the Court having **GRANTED** said motion, it is

**Ordered and Adjudged** that this civil action is DISMISSED WITHOUT PREJUDICE.

Dated at Atlanta, Georgia, this 19th day of October, 2018.

JAMES N. HATTEN
CLERK OF COURT

By: s/ James Jarvis
 Deputy Clerk

Prepared and Entered
in the Clerk's Office
October 19, 2018
James N. Hatten
Clerk of Court

By: s/ James Jarvis
 Deputy Clerk